# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 31, 2017

Stephen J. Markman,
Chief Justice

153347

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

DALLAS AUGUSTA McDADE, JR.,
      Defendant-Appellee.

SC:  153347
COA:  323614
Kalamazoo CC:  2010-001328-FC

_____/

On order of the Court, the application for leave to appeal the January 19, 2016 judgment of the Court of Appeals is considered and, it appearing to this Court that the cases of *People v Skinner* (Docket No. 152448) and *People v Hyatt* (Docket No. 153081) are pending on appeal before this Court and that the decisions in those cases may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decisions in those cases.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 31, 2017



a0522

Clerk